■ DEAN H. FULLER et al., Respondents, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Appellant. (Appeal No. 2.) — Order unanimously reversed, on the law, without costs, and defendant's motion granted, with leave to plaintiffs, if so advised, to renew their demand for a bill of particulars. Memorandum: Special Term erred in denying defendant's motion to vacate plaintiffs' demand for a bill of particulars. The demand is overbroad and improperly seeks evidentiary material (see *Bonafede v Stevens Buick-Cadillac,* 90 AD2d 690); names of

possible witnesses (see *Frequency Electronics v We're Assoc. Co.,* 90 AD2d 822); and matters on which plaintiffs have the burden of proof (see *New England Seafoods v Travelers Cos.,* 84 AD2d 676). Because of the large number of improper demands and the fact that they are commingled in the same paragraphs with proper ones, we vacate the entire demand. (See *Philipp Bros. Export Corp. v Acero Peruano S. A.,* 88 AD2d 529.) (Appeal from order of Supreme Court, Seneca County, De Pasquale, J. — discovery.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and O'Donnell, JJ.